ANTHONY J. DECRISTOFORO, SBN #166171
anthony.decristoforo@ogletree.com
CHAMBORD V. BENTON-HAYES, SBN #278970
Chambord.benton-hayes@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3140
Facsimile: 916.840.3159

Attorneys for Defendant
TEMPUR-PEDIC NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN MORRISSEY,<br><br>               Plaintiff,<br><br>   vs.<br><br>TEMPUR-PEDIC NORTH AMERICA, LLC.,<br>and DOES 1 through 100, inclusive,<br><br>               Defendants | Case No. 2:17-cv-00521-MCE-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT TEMPUR-SEALY INTERNATIONAL, INC. ONLY, WITH PREJUDICE; ORDER**<br><br>(Sacramento County Superior Court, Case No. 34-2016-00205510) |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kristen Morrissey ("Plaintiff") and Defendant Tempur-Pedic North America, LLC, stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action with respect to **Defendant Tempur-Sealy International, Inc. only**. This stipulation arises from the following facts:

1.    Plaintiff named Tempur-Pedic North America, LLC as the only Defendant in the Complaint in this action. Tempur-Pedic North America, LLC filed a motion to dismiss two of Plaintiff's claims, and Plaintiff agreed to file an Amended Complaint withdrawing those two claims. On April 4, 2017, Plaintiff inadvertently named Tempur-Sealy International, Inc. instead of Tempur-Pedic North America, LLC as the Defendant in her First Amended Complaint. [Dkt. 8]

2. On April 7, 2017, Plaintiff filed another First Amended Complaint naming Defendant Tempur-Pedic North America, LLC as the Defendant in the caption of the case, but inadvertently naming Defendant Tempur-Sealy International, Inc. in the body of the pleading. [Dkt.10]

3. On April 19, 2017, Plaintiff filed a Corrected First Amended Complaint naming only Defendant Tempur-Pedic North America, LLC in the caption of the case and in the pleading. [Dkt. 13]

Based upon the above inadvertent errors, the parties stipulate to the dismissal with prejudice of Tempur-Sealy International Inc. as a Defendant in this matter.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 24, 2017  MOYO LAW FIRM


By: /s/ Angelina Moyo (as authorized on April 25, 2017
ANGELINA MOYO
Attorneys for Plaintiff
Kristen Morrissey


DATED: April 25, 2017  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Chambord Benton-Hayes
CHAMBORD BENTON-HAYES
Attorneys for Defendant
Tempur-Pedic North America, LLC

**ORDER**

Pursuant to stipulation, it is hereby ordered that Tempur-Sealy International Inc. is dismissed from this action with prejudice. The case shall proceed on the remaining claims against Defendant Tempur-Pedic North America, LLC.

IT IS SO ORDERED.

Dated: May 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

17cv521.so.0428.AM.docx